to do it for him, as the verdict was complete evidence. for the defendant, in a suit in chancery, between the same parties.

*Smith* resisted the application, because the defendant had never requested it to be done.

*Per Curiam.* Take your rule, allowing twenty days* for the plaintiff to make up the record and carry in the roll, but without costs on either side. Not to the defendant, because he ought to have made a request to the plaintiff before notice of application to the court, and we refuse them to the plaintiff, because he ought not to have come here to resist.

*Kettletas v. North, ante, p. 54. four days allowed.*

### Lucet and others v. Beekman and others.

IF a party named in a petition, for partition, be stated to be seised of a certain portion, the court will intend it to be of a fee.

### Anonymous.

THE court said, that in all cases where a three months' advertisement is required, a weekly notice is sufficient.

### Hector M'Kenzie v. John Williams.

TRIAL by record is a non-enumerated motion.